No. 81–184.   UNITED STATES *v.* SECURITY INDUSTRIAL BANK ET AL.   C. A. 10th Cir.   [Probable jurisdiction noted, *ante*, p. 1122.]   Motion of appellee Beneficial Finance of Kansas, Inc., to enlarge questions presented denied.   Motion of the Solicitor General to defer briefing and oral argument denied.

No. 81–341.   GREENE ET AL. *v.* LINDSEY ET AL.   C. A. 6th Cir.   [Probable jurisdiction noted, *ante*, p. 938.]   Motion of Antioch School of Law et al. for leave to file a brief as *amici curiae* granted.

No. 81–806.   LORD ET AL. *v.* LOCAL UNION NO. 2088, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL.   C. A. 11th Cir.; and
No. 81–865.   METROCENTRE IMPROVEMENT DISTRICT NO. 1, CITY OF LITTLE ROCK, ARKANSAS *v.* FEDERAL RESERVE BANK OF ST. LOUIS.   C. A. 8th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 81–1097.   JOHNSON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL.   C. A. 7th Cir.   Motion of petitioners to expedite consideration of the petition for certiorari denied.

No. 81–5772.   IN RE IRVING; and
No. 81–5823.   IN RE ALLEN.   Petitions for writs of habeas corpus denied.

No. 81–5455.   IN RE REYNOLDS;
No. 81–5595.   IN RE PIATT;
No. 81–5660.   IN RE ALLEN;
No. 81–5695.   IN RE MITSKUS; and
No. 81–5710.   IN RE MARZANO.   Petitions for writs of mandamus denied.

No. 81–1004.   IN RE GALAHAD.   Petition for writ of mandamus and/or prohibition denied.